**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:13CR00123(AVC) |
| | : | |
| PAUL E. BRENNAN III | : | |

**RESTITUTION ORDER**

Under 18 U.S.C. §§ 3663, 3663A and 18 U.S.C. § 3664 and having considered the various statutes and the factual issues raised by the parties, the Court orders the defendant to make restitution of $232,587 to the victims of the offense on a *pro rata* basis, as set forth in Attachment A (filed separately under seal).

Pursuant to 18 U.S.C. § 3612(f)(1) and (g), the defendant is subject to statutory interest and penalties on restitution.

The defendant shall file financial statements with the United States Probation Office or Clerk's Office, as directed, and inform the Court and U.S. Attorney's Office for this District of any material change in defendant's economic circumstances. 18 U.S.C. § 3664(k). The amount of the monthly restitution payments shall be reviewed periodically and depending on the defendant's financial ability may be increased or decreased by further order of this Court pursuant to 18 U.S.C. § 3664(k).

The defendant shall notify the Financial Litigation Unit of the United States Attorney's Office for this District within (30) days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

IT IS ORDERED: that the defendant make restitution to the victims in the amounts set forth in Attachment A (doc. no. 52), which was filed separately under seal.

IT IS FURTHER ORDERED: that having viewed the relevant factors, and having considered the defendant's ability to pay and his ability to earn future income, and having reviewed the recommendations of the probation office, the defendant is hereby ordered to immediately pay restitution. To the extent that any restitution remains unpaid during the period of supervised release, the defendant is ordered to make monthly payments to the Clerk of Court in the amount of $250 per month or 25% of his monthly gross income, whichever is greater.

IT IS HEREBY SO ORDERED, on this 28th day of January, 2014 in Hartford, Connecticut.

/s/
Alfred V. Covello
United States District Judge
